IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18cv832 |
| JAMES HOWARD, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Proposed Findings of Fact and Recommendations of the Magistrate Judge dated February 22, 2019. Defendant has not filed any objections to the Proposed Findings of Fact and Recommendations. Based on a *de novo* review of the evidence in this case and having reviewed the Proposed Findings of Fact and Recommendations, it appears to the Court that the Magistrate Judge's Proposed Findings of Fact and Recommendations is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Proposed Findings of Fact and Recommendations. Therefore, it is hereby

ORDERED that Plaintiff's Amended Motion for Default Judgment be GRANTED; and Defendant is enjoined from continuing to infringe Plaintiff's copyrighted works and Defendant is ordered to delete and permanently destroy any digital files or copies of Plaintiff's copyrighted works from any computers or

devices that are under his possession, custody, or control; and that a money judgement in the amount of $12,540.00 (consisting of $12,000.00 in statutory damages arising from the copyright infringement claim and $540.00 in costs) be entered for Plaintiff against the Defendant.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 26, 2019

2